UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tendayi Mareya,                                                         Civil No. 06-4525 (RHK/RLE)

                    Petitioner,                                        **ORDER**

vs.

Michael B. Mukasey, Attorney General;[1]
Denise Frazier, District Director of U.S.
Citizenship and Immigration Services;
and Scott Banieke, Field Office Director,
U.S. Immigration and Customs Enforcement,

                    Respondents.

---

      Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and no objections having been filed with respect thereto, **IT IS ORDERED** that:

1. The Report and Recommendation (Doc. No. 19) is **ADOPTED**; and

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

Dated: December 12, 2007

                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge

---

[1] On November 9, 2007, Michael B. Mukasey became the Attorney General and, pursuant to Rule 25(d)(1), Federal Rules of Civil Procedure, we have substituted him as the named Defendant.